| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____    Chapter    **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Rush Freight Systems, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-1120929** |
| **4.** | **Debtor's address** | **Principal place of business** **755 N. Route 83 Suite 223** **Bensenville, IL 60106** Number, Street, City, State & ZIP Code  **DuPage** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: |

Debtor **Rush Freight Systems, Inc.** _____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Rush Freight Systems, Inc.** Case number (*if known*)
     Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Rush Freight Systems, Inc.** _____ Case number (*if known*) _____
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 30, 2016**
MM / DD / YYYY

**X /s/ Nevres Vrtagic**                                             **Nevres Vrtagic**
Signature of authorized representative of debtor                       Printed name

Title  **President**

**18. Signature of attorney**

**X /s/ John F. Hiltz**                                              Date  **December 30, 2016**
Signature of attorney for debtor                                            MM / DD / YYYY

**John F. Hiltz**
Printed name

**Hiltz & Zanzig LLC**
Firm name

**53 West Jackson Blvd.**
**Suite 205**
**Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone  **312-566-9008**          Email address  **info@hzlawgroup.com**

**6289744**
Bar number and State

Action Collection Services
22 Center Street
Freehold, NJ 07728


Atlas SN Leasing
2500 Devon Ave
Elk Grove Village, IL 60007


Baker, Govern & Baker
7771 West Oakland Park Blvd.
Suite 150, Atrium West Building
Fort Lauderdale, FL 33351


BMO Harris Bank
111 W. Monroe St.
Chicago, IL 60603


Bridge Chassis Supply, Inc.
8730 Stony Point Pkwy Ste 300
Richmond, VA 23235


CH Brown CO / Platte Valley Bank
200 16th St
Wheatland, WY 82201


CMA CGM (America) LLC
5701 Lake Wright Drive
Norfolk, VA 23502


CN, CN Headquaters, 4th Floor, Station 6
935 de La Gauchetiere Street West
Montreal, QC, H3B 2M9


Colonial Funding Network
120 West 45th Street
2nd Fl.
New York, NY 10036


Cosco Container Lines Americas, Inc.
15600 JFK Blvd., Suite 400
Houston, TX 77032


DC Export & Domestic Packing
1300 E Devon Ave
Elk Grove Village, IL 60007

Direct ChassisLink Inc.
3525 Whitehall Park Dr. Suite 400
Charlotte, NC 28262


Evans Delivery Company, Inc.
P.O. Box 62892
Baltimore, MD 21264-2892


Fleet One
c/o Greenberg, Grant & Richards
5858 Westheimer Rd., Suite 500
Houston, TX 77057


Flexi-Van Leasing Inc.
5000 W Pershing Rd
Cicero, IL 60804


Hanjin Shipping
80 East Route 4, Ste. 490
Paramus, NJ 07652


Hapag-Lloyd (America), LLC
3030 Warrenville Rd Suite 500
Lisle, IL 60532


JA Equipment Leasing
1202 South Route 31
McHenry, IL 60050


JPMorgan Chase Bank, N.A.
PO Box 659754
San Antonio, TX 78265-9754


Maersk Line
9300 Arrowpoint Blvd.
Charlotte, NC 28273


Metro Group Maritime
26 Broadway Suite 933
New York, NY 10004


NYK
c/o REZ-1
520 Third Street Suite 101
Oakland, CA 94607

Penske Truck Leasing Co., L.P.
P.O. Box 802577
Chicago, IL 60680-2577


Stephen M. Uthoff
401 East Ocean Blvd., Suite 710
Long Beach, CA 90802


Strategic Funding Source, Inc.
1501 Broadway 15th floor
New York, NY 10036


TAB Bank
4185 Harrison Blvd.
Ogden, UT 84403


Teller, Levit & Silvertrust, P.C.
19 S. LaSalle St. Suite 701
Chicago, IL 60603


Tires for Containers, Inc.
c/o John Troop
711 Ekman Drive
Batavia, IL 60510


VitalCap Fund
c/oDaniel Eisen
1501 Broadway
New York, NY 10036


Westwood Shipping Lines
1019 39th Avenue SE, Suite 210
Puyallup, WA 98374


Yang Ming (America) Corporation
13131 Dairy Ashford Rd.
Suite 300
Sugar Land, TX 77478

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Rush Freight Systems, Inc.**                                                Case No.
                                      Debtor(s)                                      Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Rush Freight Systems, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 30, 2016**                                  /s/ John F. Hiltz
Date                                                   **John F. Hiltz 6289744**
                                                       Signature of Attorney or Litigant
                                                       Counsel for  **Rush Freight Systems, Inc.**
                                                       **Hiltz & Zanzig LLC**
                                                       **53 West Jackson Blvd.**
                                                       **Suite 205**
                                                       **Chicago, IL 60604**
                                                       **312-566-9008 Fax:312-566-9015**
                                                       **info@hzlawgroup.com**